IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CAROLYN COLEMAN                                                    PLAINTIFF

v.                                Case No. 4:21-cv-4086

DOMINGO ATIENZA, JR.                                               DEFENDANT

## ORDER

Before the Court is Plaintiff's Stipulation of Dismissal.  ECF No. 13.  Plaintiff asks that the Court dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party bearing its own cost and fees.

An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984).  However, the instant stipulation was not signed by all parties.  Also, the instant stipulation was not submitted prior to Defendant submitting his answer (ECF No. 6) in this matter, which precludes dismissal without an order from the Court.  Fed. R. Civ. P. 41(a)(1)(A)(i). Therefore, the instant stipulation must be examined under Rule 41(a)(2), which allows for the Court to dismiss a matter at a plaintiff's request only through an order and on terms the Court considers proper.  The time has elapsed for Defendant to file a response or objection to the instant request for dismissal. *See* Local Rule 7.2(b).  Considering that Defendant has not objected or responded to the proposed dismissal or its terms, the Court finds that the proposed terms are proper.

This case is hereby **DISMISSED WITH PREJUDICE**.  If any party desires that the terms of any settlement be a part of the record therein, those terms should be reduced to writing and filed

with the Court within thirty (30) days of the entry of this judgment.  The Court retains jurisdiction

to vacate this order upon cause shown that any such settlement has not been completed and further

litigation is necessary.

       **IT IS SO ORDERED**, this 12th day of July, 2022.

/s/ Susan O. Hickey       
Susan O. Hickey
Chief United States District Judge
